IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00188

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. ANDRES GERARDO CUETARA-MARTINEZ,

    Defendant.
_____

**MOTION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**
_____

    The United States of America, by and through the United States Attorney for the District of Colorado, respectfully requests the Court issue a Writ of Habeas Corpus Ad Prosequendum and states as follows:

    1)    The defendant, ANDRES GERARDO CUETARA-MARTINEZ, YOB: 1970, A203 820 170, is confined in DENVER CONTRACT DETENTION FACILITY, 3130 N. OAKLAND ST. AURORA, CO 80010; and

    2)    An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge for proceedings in the above-captioned case, and it is necessary that the defendant be present in person during these proceedings, as well as certain other proceedings in his case.

1

WHEREFORE the United States moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the District of Colorado, or any other United States Marshal or any other federal law enforcement officer, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said federal law enforcement officer to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted this 23rd day of November, 2020.

JASON R. DUNN
United States Attorney

By:   s/Alecia L. Riewerts
Alecia L. Riewerts
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office