IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00188

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES GERARDO CUETARA-MARTINEZ,

    Defendant.
_____

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

    TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL OR ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of ANDRES GERARDO CUETARA-MARTINEZ, YOB: 1970, A203 820 170, now confined at DENVER CONTRACT DETENTION FACILITY, 3130 N. OAKLAND ST. AURORA, CO 80010 before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

1

DATED at Denver, Colorado, this _____ day of _____, 2020.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT