IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00188

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES GERARDO CUETARA-MARTINEZ,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ requiring the **United States Marshal or any other federal law enforcement officer** to produce ANDRES GERARDO CUETARA-MARTINEZ, YOB: 1970, A203 820 170, now confined at DENVER CONTRACT DETENTION FACILITY, 3130 N. OAKLAND ST. AURORA, CO 80010, before a United States Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where he was confined.

SO ORDERED this 23rd day of November, 2020.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO