IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00188-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES CUETARA,

    Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts, AUSA
    Email: alecia.riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Andres Cuetara    (Via U.S. Mail)

                                        s/Laura Suelau
                                        LAURA SUELAU
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        laura.suelau@fd.org
                                        Attorney for Defendant