IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-188-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDREAS CUETARA,

       Defendant.

## NOTICE OF APPEARANCE

The Law Office of Matthew K. Barringer, P.C., through undersigned counsel, Matthew K. Barringer, enters its appearance in the above-captioned case.

       Respectfully submitted,

       MATTHEW K. BARRINGER
       Attorney for Defendant


       /s/ Matthew K. Barringer
       MATTHEW K. BARRINGER
       The Law Offices of Matthew K. Barringer, P.C.
       14202 E. Evans Ave
       Aurora, Colorado 80014
       Telephone: (303) 377-2338
       Fax: (720) 251-8838
       Email: matthew@matthewbarringer.com
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I, Rochelle S. Russo, hereby certify that on this 25th day of November 2020, the foregoing NOTICE OF APPEARANCE was e-filed through the CM/ECF system, which will send notification of such filing to the following email address:

Alecia Lynne Riewerts
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0406
Email: Alecia.Riewerts@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

                                              /s/ Rochelle S. Russo
                                              Rochelle S. Russo, Paralegal
                                              Law Office of Matthew K. Barringer, P.C.