

**University of Colorado at Denver and Health Sciences Center**

College of Arts & Media • Department of Theatre, Film, & Video Production
*Downtown Denver*

Campus Box 166, P.O. Box 173364
Denver, Colorado 80217-3364
Phone: 303-556-2279, Fax: 303-556-2335

November 27, 2020

The Honorable Judge N. Reid Neureiter
U.S. Magistrate Judge
Rogers U.S. Courthouse
Denver, Colorado

Dear Judge Neureiter,

I am pleased to have the opportunity to share my support of your consideration of the caring, respectful, and sincere character of Andres Cuetara as well as what I know about the unique nature of the challenges over which he has prevailed.

Born to my late father's distant relatives, Carmen and Alberto Cuetara, in Mexico City in the 1970's, Andres was immediately diagnosed as profoundly deaf and, in the next months, doctors discovered that he was completely mute as well. As you may know, at that time in Mexico such handicapped infants were considered uneducable and were often discarded by the State or warehoused in their workhouse facilities. Devastated, and in spite of the severe social stigma they faced, Andres' working class family proudly raised their son in a deeply religious context; as he grew, his mother developed a personal sign-like communication system with her young son with which she taught him basic arithmetic and to read and write basic Spanish phrases in his otherwise language-less world.

I first met Andres in the late fall of 1994 when Sister Molly Munoz introduced us following a presentation of a renowned deaf performance artist whose concert I had hosted as the Artistic Director of the School of the Arts at UCD. Sister Molly had recognized my name on the posters and program and had rightly assumed that Andres and I must be related – the "Cuetara" surname is widely recognized in Spain – but is much less so in the new world. Having met Andres on an international medical mission, Denver-based Sister Molly Munoz had been shocked by his limited chances to thrive publicly in Mexico and decided to arrange for him to come to Colorado and to enroll as a student at the community college on the Auraria campus. As she briefly explained his background, Andres and I shook hands and shared contact information on my notepad. The family resemblance was inescapable.

From that point until this November, Andres has been an integral part of our Thanksgiving dinners, Christmas holiday events and all of our family celebrations at our Washington Park home in Denver. Our family (including the extended family of my husband, Michael Miller) had been beautifully enhanced by the addition of this sensitive and thoughtful older "cousin" of my four sons. Each year when we exchanged presents, Andres was delighted to don his sweater which

matched those of his new American "brothers" and to proudly pose with them for our annual holiday photo.

A faculty member at UCD on the Auraria campus, I was able to track Andres informally as he progressed through CCD and MSCD through his many creative projects in film and photography and by our shared routine class visits. His instructors were pleased with his work – and his ADA interpreters maintained close personal ties with him throughout his tenure at the Auraria Campus. We worked together throughout those years to try to find strategies to close the gap between his physical disabilities and the challenge of utilizing traditional ESL and ASL approaches to a young man who "had no language." These professionals also volunteered to consult with his mother, Carmen, when she was able to travel to Denver every other year - in efforts to assist Andres. Such was their genuine commitment to Andres' gentle soul and a credit to this industrious young man.

On the occasions of his parents' visits to Denver, Andres and his devoted house mates, Dave and Ken, hosted all of us for family dinners at their home. We were treated to Carmen's elegant Mexican cooking and evenings of laughter and joy with these young men (and Sister Molly) whose friendship and support completed the sustaining energy of Andres' astonishing new world in Denver. We left these dinners feeling gratified and with pride for the strength and richness of the constellation of powerful relationships Andres had created from the isolation of his silent world.

As a student on the campus, Andres earned a highly sought after job in the textbook office at the Auraria Bookstore. His work there clearly enabled him to transcend any barriers of speech or hearing and his positive attitude, generosity of spirit, loyalty, and non-stop work ethic earned him excellent reviews professionally and the exuberant praise of his coworkers on all levels. I had frequent contact with his supervisors and colleagues and, in fact, when I conducted business there each semester, had to learn to deflect their general thanks for "bringing us Andres!" and specific praises about Andres' contributions to the entire operation. It was no surprise, therefore, that his subsequent and current employer of some sixteen years, Jesse Nunoz of QED, has been in direct contact with me to offer his to help Andres "in any way" to ensure that his "most reliable employee ever can return to his full time job as soon as possible."

Andres' clear impact on his family, friends, and employment community continues to be profound. His silent and understated gifts to all those around him have created a foundation of appreciation and understanding for all those whom his life has touched. He has become an important citizen in the lives of those he are lucky to know him and we will stand beside him to celebrate his past contributions to our lives and to help him guarantee his future success. I would be proud to serve him and the court in any way that I can.

Please do not hesitate to contact me at 720-560-1547 or by mail to Laura Cuetara, 1531 South Washington Street, Denver, Co 80210, or by email at lcuetara52@gmail.com if I can be of further assistance.

Sincerely,

*Laura Cuetara*

Laura Cuetara, Professor Emerita
Department of Theater, Film and Video Production
University of Colorado at Denver