You have the right to not answer questions from us.  Do you wish to answer questions, or no?

Take your time

Sign your name

We will get an ASL interpreter.

We will contact Ken and/or Dave when we get an interpreter, and set up another time to interview you.

When?

We are contacting our office to get someone.  I am not sure if we can do that today, or will have to wait.  We will try to find out as soon as possible.

Thank you for being patient with us while we sort out what we need to take.

The Network Attached Storage device (hard drives) that is under your nightstand, is it encrypted?

Do you enter a password on your iMac to access the drives?

Sherman5

Let's go back upstairs

