IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00188-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Andres Cuetara, by and through his attorney, moves to continue his Status Conference, presently set for January 22, 2021 at 10AM to January 25, 2021. In support of this Motion, counsel states:

1. Mr. Cuetara was charged by Criminal Complaint on November 20, 2020. Mr. Cuetara was arrested on November 24, 2020. Docs. 1, 6.

2. On December 1, 2020, Magistrate Judge N. Reid Neureiter released Mr. Cuetara on conditions of bond. Doc. 15.

3. On December 4, 2020, Judge Neureiter found probable cause and set a Status Conference for January 22, 2020. Doc. 19.

4. Undersigned counsel is undergoing a medical procedure and may be unable to appear for Mr. Cuetara's hearing presently set on January 22, 2021.

5. 18 U.S.C § 3161(b) requires the government file an indictment within thirty days of his November 24, 2020 arrest. That filing period is extended by thirty days if "no grand jury has been in session during such thirty-day period." Per District of Colorado District Court General Order 2020-21, grand jury proceedings were suspended on December 16, 2020.

6. Sixty days from November 24, 2020 is January 25, 2021.[1]

7. The government, through Assistant United States Attorney Alecia Riewerts, does not object to the continuance requested.

8. For the foregoing reasons, counsel requests Mr. Cuetara's Status Conference be continued from January 22, 2021 to Monday, January 25, 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

---

[1] Federal Rule of Criminal Procedure 45 excludes "the day of the event that triggers the period," and instructs that if the last day is a Saturday, Sunday, or legal holiday, the period runs "until the next day that is not a Saturday, Sunday, or legal holiday."

## CERTIFICATE OF SERVICE

 I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Alecia Riewerts, AUSA
 Email: alecia.riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Andres Cuetara  (Via U.S. Mail)

         s/Laura Suelau
         LAURA SUELAU
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone: (303) 294-7002
         FAX: (303) 294-1192
         laura.suelau@fd.org
         Attorney for Defendant