IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-mj-00188-KLM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ANDRES CUETERA,

 Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 THIS MATTER is before the Court on the **Government's Motion to Exclude Time from the Speedy Trial Act's Indictment Clock Based on Suspension of the Grand Jury** [#26] (the "Motion").

 IT IS HEREBY **ORDERED** that Defendant shall file a Response to the Motion [#26[ on or before **February 2, 2021**.

 Dated:  January 26, 2021